## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 228-1 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Dale Richardson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/20/08. The defendant is informed of his rights. Paul Blegen files his appearance as counsel for defendant for initial appearance, detention hearing and preliminary examination hearing only. Detention hearing and Preliminary examination set for 3/25/08 at 11:00 a.m. The defendant is ordered detained until further order of Court. The Government's oral motion to to Unseal Complaint, Affidavit, and Arrest Warrant is granted. *AK*

No notices required

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|