# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 228-1 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. Dale Richardson | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause. The defendant is ordered bound to the District Court for further proceedings. Detention hearing held. The defendant is ordered released. *AK*

No notices required

00:08

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|