JUDGE LEINENWEBER

MAGISTRATE JUDGE KEYS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

APR 1 7 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 228 |
| v. | ) | |
| | ) | Violation: Title 21, United States Code, |
| DALE RICHARDSON | ) | Section 841(a)(1) |

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about March 21, 2007, at Evanston, in the Northern District of Illinois, Eastern Division,

DALE RICHARDSON,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, namely, fifty grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY