**FILED**   **08CR   228**   *Felony* 

APR 17 2008  T.C.    UNITED STATES DISTRICT COURT    **JUDGE LEINENWEBER**
NORTHERN DISTRICT OF ILLINOIS    **MAGISTRATE JUDGE KEYS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☐    YES ☒    If the answer is "Yes", list the case number and title of the earliest filed complaint:

   U.S. v Richardson    08 CR 228    *Keys*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO ☒    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ☒    YES ☐

6) What level of offense is this indictment or information?    FELONY ☒    MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**    NO ☒    YES ☐

8) **Does this indictment or information include a conspiracy count?**    NO ☒    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery .......... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault .......... (III)
   ☐ Burglary .......... (IV)
   ☐ Larceny and Theft .......... (IV)
   ☐ Postal Embezzlement .......... (IV)
   ☐ Other Embezzlement .......... (III)

   ☐ Income Tax Fraud .......... (II)
   ☐ Postal Fraud .......... (II)
   ☐ Other Fraud .......... (III)
   ☐ Auto Theft .......... (IV)
   ☐ Transporting Forged Securities .......... (III)
   ☐ Forgery .......... (III)
   ☐ Counterfeiting .......... (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana .......... (III)
   ☐ DAPCA Narcotics .......... (III)

   ☒ DAPCA Controlled Substances .......... (III)
   ☐ Miscellaneous General Offenses .......... (IV)
   ☐ Immigration Laws .......... (IV)
   ☐ Liquor, Internal Revenue Laws .......... (IV)
   ☐ Food & Drug Laws .......... (IV)
   ☐ Motor Carrier Act .......... (IV)
   ☐ Selective Service Act .......... (IV)
   ☐ Obscene Mail .......... (III)
   ☐ Other Federal Statutes .......... (III)
   ☐ Transfer of Probation Jurisdiction .......... (V)

10) List the statute of each of the offenses charged in the indictment or information.

    21, USC, § 841(a)(1)

    TYLER MURRAY
    Assistant United States Attorney

(Revised 12/99)