# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 228 | **DATE** | 4/24/2008 |
| **CASE TITLE** | United States of America vs. Dale Richardson | | |

**DOCKET ENTRY TEXT**

Daniel McLaughlin appointed as counsel for defendant. Arraignment held. Defendant enters plea of not guilty to the one count Indictment. 16.1(A) Conference to be held by 5/8/2008. Status hearing set for 5/28/2008 at 9:00 a.m. The Court modifies the conditions of defendant's release to allow him to attend school at Truman College. Defendant to supply pretrial services with documents indicating enrollment.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|