# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

U.S. vs. Dale Richardson

FOR: April 24, 2008

**FILED** APR 24 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

PERSON REPRESENTED (Show your full name): Dale Richardson

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

Narcotics

LOCATION NUMBER:

DOCKET NUMBERS
Magistrate:
District Court: 08-cr-228
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 4/2007
How much did you earn per month? $ 400/mth
If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 2000
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ NA

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: SSI  $600/mth
SOURCES:

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____ DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: Rent

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
|  | $ | $ 600 |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/24/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Dale Richardson