IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 228 |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DALE RICHARDSON | ) | |

## AGREED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant DALE RICHARDSON, by the Federal Defender Program and its attorney DANIEL P. MCLAUGHLIN, respectfully submits this agreed motion to modify his conditions of release by allowing for curfew requiring him to be in his residence every day between the hours of 9:00 p.m. and 7:00 a.m. The government agrees to the instant motion. In support of this motion, Mr. Richardson states the following:

1. Dale Richardson has been charged by indictment with one count of possession with intent to distribute cocaine base pursuant to 21 U.S.C. § 841(a)(1).

2. On March 25, 2008, Mr. Richardson was released on an agreed unsecured bond. Mr. Richardson has complied fully with the terms and conditions of his bond since his release. The conditions of Mr. Richardson's bond include home detention with electronic monitoring. Mr. Richardson shares responsibility for two young children with his wife, Crystal Morales. Ms. Morales recently lost her driving privileges. As a result, Mr. Richardson needs to deliver the kids to school and summer day camp. In addition, Mr. Richardson is the only adult in the household who is able to drive to the grocery store and laundromat. Mr. Richardson also helps to take care of his elderly, widowed mother. Mr. Richardson therefore respectfully requests that the Court

amend the conditions of his bond from home detention to curfew, restricting him to his residence every day from 9:00 p.m. to 7:00 a.m.  Mr. Richardson does not request any modification of his electronic monitoring.  Pretrial Services Officer Olga Serrano has informed counsel that Mr. Richardson has been compliant with all of the conditions of his release and does not oppose the instant motion.

    3.  Assistant United States Tyler Murray does not oppose the instant motion.

WHEREFORE, for the foregoing reasons, Dale Richardson respectfully requests that this Court grant the instant Agreed Motion to Modify Conditions of Release.

    Respectfully submitted,

    FEDERAL DEFENDER PROGRAM
    Terence F. MacCarthy
    Executive Director


By:   s/Daniel P. McLaughlin
    Daniel P. McLaughlin
    Counsel for Dale Richardson


DANIEL P. MCLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois  60603
(312) 621-8348

## CERTIFICATE OF SERVICE

The undersigned, Daniel P. McLaughlin , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**AGREED MOTION TO MODIFY CONDITIONS OF RELEASE**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on June 30 , 2008, to counsel/parties that are non-ECF filers:

By:   s/Daniel P. McLaughlin
DANIEL P. McLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8348