IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 228 |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DALE RICHARDSON | ) | |

## NOTICE OF MOTION

To:  Mr. Tyler Murray
　　　Assistant United States Attorney
　　　219 S. Dearborn Street
　　　Chicago, IL  60604

　　　PLEASE TAKE NOTICE that on Thursday, July 3, 2008, we shall appear before the Honorable Harry D. Leinenweber at 9:30 a.m. in his courtroom in the Federal Building, Chicago, Illinois and shall present the attached motion.

–　　**AGREED MOTION TO MODIFY CONDITIONS OF RELEASE**

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　FEDERAL DEFENDER PROGRAM
　　　　　　　　　　　　　　　　　　　　　Terence F. MacCarthy
　　　　　　　　　　　　　　　　　　　　　Executive Director

　　　　　　　　　　　　　　　　　　　　　By: s/Daniel P. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　Daniel P. McLaughlin

DANIEL P. McLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street
Suite 2800
Chicago, IL  60603
(312) 621-8348