## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 228 | **DATE** | 7/1/2008 |
| **CASE TITLE** | United States of America vs. Dale Richardson | | |

**DOCKET ENTRY TEXT**

The Agreed Motion to Modify Conditions of Release by allowing for curfew requiring him to be in his residence every day between the hours of 9:00 p.m. and 7:00 a.m. is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|