IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 228 |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DALE RICHARDSON | ) | |

### AGREED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant DALE RICHARDSON, by the Federal Defender Program and its attorney DANIEL P. MCLAUGHLIN, respectfully submits this agreed motion to modify his conditions of release by permitting him to move to a new residence and to amend the order setting the conditions of his release to reflect his new address. The government agrees to the instant motion. In support of this motion, Mr. Richardson states the following:

1.  Mr. Richardson has been charged by indictment with one count of possession with intent to distribute cocaine base pursuant to 21 U.S.C. § 841(a)(1).

2.  On March 25, 2008, Mr. Richardson was released on an agreed unsecured bond. On July 1, 2008, this Court entered an order modifying the conditions of Mr. Richardson's release by allowing him curfew requiring him to be in his residence every day between the hours of 9:00 p.m. and 7:00 a.m. Mr. Richardson has complied fully with the terms and conditions of his bond since his release.

3.  Mr. Richardson currently resides at 1718 Dodge Avenue in Evanston, Illinois. At the end of August, he is seeking to move with his family to his mother's house at 919 Laura Lane in Sauk Village, Illinois. Crystal Morales will remain as Mr. Richardson's third-party custodian

and will be moving with Mr. Richardson.

    4. Assistant United States Attorney Tyler Murray does not oppose the instant motion.

    WHEREFORE, for the foregoing reasons, Dale Richardson respectfully requests that this Court grant the instant Agreed Motion to Modify Conditions of Release.

    Respectfully submitted,

    FEDERAL DEFENDER PROGRAM
    Terence F. MacCarthy
    Executive Director


    By:    s/Daniel P. McLaughlin
            Daniel P. McLaughlin
            Counsel for Dale Richardson


DANIEL P. MCLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois  60603
(312) 621-8350

**CERTIFICATE OF SERVICE**

The undersigned, Daniel P. McLaughlin , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**AGREED MOTION TO MODIFY CONDITIONS OF RELEASE**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 26 , 2008, to counsel/parties that are non-ECF filers:

                By:    s/Daniel P. McLaughlin
                       DANIEL P. McLAUGHLIN
                       FEDERAL DEFENDER PROGRAM
                       55 E. Monroe St., Suite 2800
                       Chicago, Illinois 60603
                       (312) 621-8348