IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 228 |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DALE RICHARDSON | ) | |

## NOTICE OF MOTION

To: Mr. Tyler Murray
     Assistant United States Attorney
     219 S. Dearborn Street
     Chicago, IL  60604

PLEASE TAKE NOTICE that on Thursday, August 28, 2008, we shall appear before the Honorable Harry D. Leinenweber at 9:30 a.m. in his courtroom in the Federal Building, Chicago, Illinois and shall present the attached motion.

– **AGREED MOTION TO MODIFY CONDITIONS OF RELEASE**

                                                          Respectfully submitted,

                                                          FEDERAL DEFENDER PROGRAM
                                                          Terence F. MacCarthy
                                                          Executive Director

                                                          By: s/Daniel P. McLaughlin
                                                                Daniel P. McLaughlin

DANIEL P. McLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street
Suite 2800
Chicago, IL  60603
(312) 621-8348