## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 228 | **DATE** | 8/28/2008 |
| **CASE TITLE** | United States of America vs. Dale Richardson | | |

**DOCKET ENTRY TEXT**

The Agreed Motion to Modify Conditions of Release by permitting the defendant to move to a new residence and to amend the order setting the conditions of release to reflect his new address at 919 Laura Lane, in Sauk Village, Illinois is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|